AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

Nancy Roehlk

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Merck & Co., Inc., Procter & Gamble
Pharmaceuticals, Inc. and Aventis
Pharmaceuticals, Inc.

08 CIV 4098

TO: (Name and address of defendant)

Aventis Pharmaceuticals, Inc.
200 Crossing Boulevard
Bridgewater, New Jersey 08807

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York  10175

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                               MAY 0 1 2008

CLERK                                                             DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action  **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, COMPLAINT** |
| EFFECTED (1) BY ME: | **NUNO VEIGA** |
| TITLE: | **PROCESS SERVER**    DATE: **05/09/2008  11:50AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

AVENTIS PHARMACEUTICALS, INC.

Place where served:

55 RT 206 BRIDGEWATER NJ

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SANDY STUCKERT

Relationship to defendant: RISK MANAGEMENT

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05 / 09 / 2008

_____ L.S.
SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

05-09-08
J. Svelez

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| | |
|---|---|
| ATTORNEY: | RUSSEL H. BEATIE, ESQ. |
| PLAINTIFF: | NANCY ROEHLK |
| DEFENDANT: | MERCK & CO. INC. |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 08 CV 4098 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ