AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

Nancy Roehlk

**SUMMONS IN A CIVIL CASE**

V.

Merck & Co., Inc., Procter & Gamble
Pharmaceuticals, Inc. and Aventis
Pharmaceuticals, Inc.

CASE NUMBER:

**08 CIV 4098**

TO: (Name and address of defendant)

Procter & Gamble Pharmaceuticals, Inc.
One Proctor Gamble Plaza
Cincinnati, Ohio 45202-3393

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York  10175

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE   MAY 01 2008

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT,**<br>EFFECTED (1) BY ME: **OUT OF STATE**<br>TITLE: **PROCESS SERVER** | DATE: 5/6/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

PROCTOR & GAMBLE PHARMACEUTICALS, INC / SUSAN FECKLER (LEGAL)

Place where served:

1 P&G PLAZA CINCINNATI, OH 45202

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 35  HEIGHT: 5'7"  WEIGHT: 135  SKIN: W  HAIR: BLND  OTHER: —

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.__    SERVICES $ ____.__    TOTAL $ ____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5/6/20 08

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

JOHN REINHOLD

KRISTEN SNOW
Notary Public, State of Ohio
My Commission Expires 04-01-2012

ATTORNEY:    RUSSEL H BEATIE, ESQ
PLAINTIFF:    NANCY ROEHLK
DEFENDANT:  MERCK & CO., INC, ET AL
VENUE:        DISTRICT OF NER YORK
DOCKET:      08 CIV 4098

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HW