Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
| | | |
|---|---|---|
| IN RE: | : | |
| Fosamax Products Liability Litigation | : | |
-----------------------------------------------------x
| | | |
|---|---|---|
| *This Document Relates to:* | : | 1:06-md-1789 (JFK) |
| Nancy Roehlk | : | |
| v. Merck & Co., Inc., Procter & Gamble | : | |
| Pharmaceuticals, Inc., and Aventis | : | |
| Pharmaceuticals, Inc. | : | |
| | : | |
| Case No. 1:08-cv-4098-JFK | : | **Rule 7.1 Statement** |
-----------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
   May 29, 2008

                     Respectfully submitted,

                     HUGHES HUBBARD & REED LLP

                     By: /s/
                       Norman C. Kleinberg
                       Theodore V. H. Mayer
                       William J. Beausoleil

                     One Battery Park Plaza
                     New York, New York 10004-1482
                     (212) 837-6000
                     beausole@hugheshubbard.com
                     kleinber@hugheshubbard.com
                     mayer@hugheshubbard.com
                     *Attorneys for Defendant Merck & Co., Inc.*